# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 544 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of February, 2023, Andrew R. Howard, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2029.